FILED 18 MAY '23 12:20 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr- 00181-AA |
| v. | INDICTMENT |
| DAVID CHRISTOPHER NOBLE, | 18 U.S.C. § 371 |
| Defendant. | 18 U.S.C. § 48(a) |
| | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(g)(6) |
| | Forfeiture Allegation |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

### COUNT 1
**(Conspiracy to Engage in Animal Crushing and to Create and Distribute Animal Crush Videos)**
**(18 U.S.C. § 371)**

Beginning on an unknown date but no later than January 19, 2022, and continuing through on or about February 2, 2023, in the District of Oregon and elsewhere, defendant **DAVID CHRISTOPHER NOBLE** did unlawfully and knowingly combine, conspire, confederate and agree with other persons whose identities are known and unknown to the Grand Jury to commit the following objects of the conspiracy:

## Objects of the Conspiracy

A. **Animal Crushing:** The conspirators agreed to engage in animal crushing, as that term is defined in Title 18, United States Code, Section 48(f)(1), in violation of Title 18, United States Code, Sections 48(a)(1) and (b).

B. **Creation of Animal Crush Videos:** The conspirators agreed to create animal crush videos, as that term is defined in Title 18, United States Code, Section 48(f)(2), using videographers and animals in other countries, to include Indonesia, which would then be sent to the United States, all in violation of Title 18, United States Code, Sections 48(a)(2) and (b).

C. **Distribution of Animal Crush Videos:** Upon the videographers' production and transmission of the animal crush videos to the United States, the conspirators agreed to distribute such animal crush videos, in violation of Title 18, United States Code, Sections 48(a)(3) and (b).

## Manner and Means

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

It was part of this conspiracy for defendant **DAVID CHRISTOPHER NOBLE** and co-conspirators to administer a private online chat group ("Group") on an encrypted messaging platform, the purpose of which was to fund, view, distribute, and promote animal crush videos depicting, among other things, the torture, murder, and sexually sadistic mutilation of animals, specifically, juvenile and adult monkeys.

It was part of this conspiracy for defendant **DAVID CHRISTOPHER NOBLE** and co-conspirators to collectively fund the creation of animal crush videos using online payment applications.

It was part of this conspiracy for co-conspirators outside of the United States to receive this funding and use it to procure recording devices and animals for the creation of animal crush videos.

It was part of this conspiracy for co-conspirators outside of the United States, including adult and juvenile individuals, to torture, perform sexually sadistic mutilation, and murder these animals and to video record such acts, thereby creating animal crush videos.

It was part of this conspiracy for co-conspirators outside of the United States to transmit animal crush videos to co-conspirators within the United States, some of whom were members of the Group, who would then distribute them to the broader Group, to include defendant **DAVID CHRISTOPHER NOBLE**.

## Overt Acts

In furtherance of this conspiracy, and to effect and accomplish its objectives, defendant **DAVID CHRISTOPHER NOBLE** and other co-conspirators committed one or more of the following overt acts:

1. Between on or about January 19, 2022, and continuing through on or about June 21, 2022, in the District of Oregon, defendant **DAVID CHRISTOPHER NOBLE** sent at least twelve payments to co-conspirators for the purposes of funding, among other things, recording equipment and bonus payments to animal crush videographers.

2. On or about April 25, 2022, a member of the Group submitted a message to the Group referencing "the *ants in a jar idea*." Members of the Group discussed being unable to afford "*new stuff*" and sending in donations to produce videos that would be exclusive to the Group. Approximately seventeen minutes later, defendant **DAVID CHRISTOPHER NOBLE** wrote "*$20 sent*" and did, in fact, send $20 to a co-conspirator using an online application.

Another member of the Group noted an inability to afford a donation, to which defendant **DAVID CHRISTOPHER NOBLE** responded, *"I gave $20 and you can have 1/2 of it as your donation."*

3.  On or about June 19, 2022, defendant **DAVID CHRISTOPHER NOBLE** was appointed administrator of the Group. In that capacity, he exercised the ability to admit or deny other users' access to the Group, to moderate content shared within the Group, and to rename the Group. Defendant **DAVID CHRISTOPHER NOBLE** retained and exercised that authority through on or about February 2, 2023.

4.  On or about June 21, 2022, another co-conspirator distributed an animal crush video to the Group. That video depicted the torture of a juvenile monkey using a jar of ants and sodomy with an object, causing the juvenile monkey's death.

5.  Following the distribution of the video on June 21, 2022, members of the Group, including defendant **DAVID CHRISTOPHER NOBLE**, expressed gratitude for the video and its specific contents, including the fact the jar of ants was used. Thereafter, defendant **DAVID CHRISTOPHER NOBLE** wrote *"I love how he had doubts but was able to make the ants request work on short notice."* He thereafter sent a bonus payment for the videographer using an online application, and stated *"I happily threw some bonus bucks at the kid. We need to keep him happy and well fed."*

6.  On or about February 2, 2023, defendant possessed approximately 50 or more videos depicting animal crushing, including the above-described video depicting the torture of the juvenile monkey using a jar of ants.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Creation of Animal Crush Video)
### (18 U.S.C. §§ 48(a)(2) and 2)

On or between April 25, 2022, and June 21, 2022, in the District of Oregon and elsewhere, defendant **DAVID CHRISTOPHER NOBLE**, together with others known and unknown to the Grand Jury, did knowingly create one or more animal crush videos, intending and having reason to know that the video would be distributed in, or using a means and facility of, interstate and foreign commerce, which was within the scope of the conspiracy and reasonably foreseeable to the conspirators, including defendant **DAVID CHRISTOPHER NOBLE**;

In violation of Title 18, United States Code, Sections 48(a)(2) and 2.

## COUNT 3
### (Dishonorably Discharged Person in Possession of a Firearm)
### (18 U.S.C. § 922(g)(6))

On or about February 2, 2023, in the District of Oregon, defendant **DAVID CHRISTOPHER NOBLE**, knowing that he had been previously discharged from the Armed Forces under dishonorable conditions, specifically Dismissal from the United States Air Force following an adjudication of Guilty under Uniform Code of Military Justice Articles 80 and 92 on or about August 19, 2003, did knowingly and unlawfully possess the following firearm: a Colt M4 Rifle, which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(6).

/ / /

/ / /

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 3, defendant **DAVID CHRISTOPHER NOBLE** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation: a Colt M4 Rifle.

Dated: May 18, 2023

A TRUE BILL.

███████████████
OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

*[signature]*

WILLIAM M. McLAREN, OSB#143836
ADAM E. DELPH, WSB#50312
Assistant United States Attorneys